```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
TERRANI,

                Plaintiff(s),

    -against-

CITY OF NEW YORK,
                Defendant(s).
------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

17 civ 6552 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, October 26, 2017,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                          Don Fletcher
                                                    Courtroom Case Manager

Dated: New York, New York
          September 11, 2017