

**FINK & KATZ** PLLC

ATTORNEYS-AT-LAW

October 24, 2017

VIA ECF
Honorable John G. Koeltl
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Kevin Terrani v. City of New York*, et. al.
      SDNY Case No. 17-CV-6552 (JGK)

Dear Judge Koeltl:

My office represents the plaintiff, Kevin Terrani, in the above referenced civil rights case.

Both sides are requesting an adjournment of the pretrial conference that is scheduled for October 26, 2017 at 4:30 p.m.

The reason for the request is that Corporation Counsel, Beth Hoffman, Esq., has not filed an answer and both parties believe that it may be more productive to hold the pretrial conference after the defendants have answered.

Thank you for your attention to this matter.

Respectfully,


/s/ Jonathan A. Fink

Jonathan A. Fink

cc: Beth Hoffman, Esq. (Via Email: bhoffman@law.nyc.gov)

JONATHAN A. FINK, ESQ

PHILIP KATZ, ESQ

FINK & KATZ, PLLC

ATTORNEYS AT LAW

299 BROADWAY, SUITE 1803
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 385-1373 | FACSIMILE: (212) 689-1710
INTERNET: www.finkkatz.com