UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN TERRANI,

          PLAINTIFF,

- AGAINST -

THE CITY OF NEW YORK, ET AL.,

          DEFENDANTS.

17-cv-6552 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

This case is included in this Court's plan for § 1983 cases.

The parties should report back to the Court upon the conclusion of the mediation.

The plaintiff is directed to deliver medical releases for the plaintiff to the defendants by **December 5, 2017.**

The time for the defendants to respond to the Complaint is **thirty (30) days from the date the plaintiff provides the defendants with the plaintiff's medical releases.**

SO ORDERED.

Dated:    New York, New York
           November 28, 2017

                              John G. Koeltl
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-29-17