UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
KEVIN TERRANI,

           Plaintiff,      NOTICE OF APPEARANCE

 -against-

CITY OF NEW YORK, et. al,         17 Civ. 6552 (JGK)

           Defendants.
------------------------------------------------------------------------ x

  PLEASE TAKE NOTICE that **Jorge M. Marquez**, Senior Counsel, appears herein as attorney of record for defendant, the City of New York, on behalf of Zachary W. Carter, Corporation Counsel of the City of New York, and demands that all notices and other papers be served upon defendants at this office.

Dated: New York, New York
    December 28, 2017

               ZACHARY W. CARTER
               Corporation Counsel
               of the City of New York
               Attorney for Defendant City of New York
               100 Church Street, Room 3-126
               New York, New York 10007
               (212) 356-2336

          By:  */S/ JORGE M. MARQUEZ*
             Jorge M. Marquez
             *Senior Counsel*
             Special Federal Litigation Division

To: VIA E.C.F.:
   Jonathan Anthony Fink
   Fink & Katz, PLLC
   299 Broadway, Suite 1803
   New York, NY 10007
   Email: jfink@finkkatz.com